IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE GENE BOTHWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. ) | Case No. CIV-19-00500-JD |

### **ORDER**

Local Civil Rule 5.4 provides that a pro se litigant must apprise the Court of his name, mailing address, daytime telephone number, fax number, and email address, if any, and that if any of this information changes, the pro se litigant must inform the Court by filing the form provided by the Clerk and serving a copy on opposing counsel. Material mailed by the Court to the last known address furnished by the pro se litigant is deemed delivered. LCvR5.4; *see also* Fed. R. Civ. P. 5(b)(2)(C) (service complete upon mailing to person's last known address).

Given the last notice of change of address by Mr. Bothwell was October 29, 2021 [Doc. No. 40], the Court ORDERS Plaintiff Lawrence Gene Bothwell to update his information using the attached form within **30 days of this Order** to ensure compliance with Local Civil Rule 5.4 and to serve a copy on opposing counsel. If Mr. Bothwell has not filed the form within 30 days of this Order, or if he has not made some other filing within this 30-day period, the Court will dismiss this action without prejudice to refiling his remaining claims for failure to prosecute, failure to comply with the Court's Order,

and failure to follow local rules, and will enter a judgment reflective of the Court's orders. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to mail a copy of the form to Mr. Bothwell with this Order.

IT IS SO ORDERED this 13th day of June 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE